IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CRAIG SEAGRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CV-111 |
| | ) | |
| MOORE COUNTY DETENTION CENTER and WILLIAM FLINT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendants' motion to dismiss, Doc. 15, is **DENIED** without prejudice to further consideration of the affirmative defense of exhaustion of administrative remedies on a motion for summary judgment.

This the 11th day of January, 2024.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE